U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 0 9 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   1:25-CR-283(MAD) |
| ) | |
| **v.** ) | **Indictment** |
| ) | |
| **CYRIL H. KOBEY** ▆ ) | Violations:   21 U.S.C. §§ 846, 841(a)(1), |
| ▆▆▆▆▆▆ ) | (b)(1)(A) [Conspiracy to |
| ) | Distribute and Possess with |
| **Defendants.** ) | Intent to Distribute a |
| ) | Controlled Substance] |
| ) | |
| ) | 21 U.S.C. § 841(a)(1), |
| ) | (b)(1)(B) [Distribution of a |
| ) | Controlled Substance] |
| ) | |
| ) | 2 Counts & Forfeiture Allegation |
| ) | |
| ) | Counties of |
| ) | Offenses:        Albany and Saratoga |

THE GRAND JURY CHARGES:

COUNT ONE
[Conspiracy to Distribute and Possess with Intent to Distribute
a Controlled Substance]

Between in or about April 2019 and on or about July 8, 2020, in Albany and Saratoga

Counties in the Northern District of New York, and elsewhere, the defendants, **CYRIL H.**

**KOBEY** ▆▆▆▆▆▆▆ and others known and unknown, conspired to knowingly

and intentionally distribute and possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Sections 846 and 841(a)(1). As to defendants **CYRIL H. KOBEY**

▆▆▆▆▆▆▆ that violation involved 50 grams or more of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(b)(1)(A).

## COUNT TWO
### [Distribution of a Controlled Substance]

On or about July 8, 2020, in Albany County in the Northern District of New York, and elsewhere, the defendant, **CYRIL H. KOBEY**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, as set forth in Count One, the defendants, **CYRIL H. KOBEY** ███████ ██████ shall forfeit to the United States of America pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any property constituting, and derived from, any proceeds obtained, directly and indirectly, as the result of such offense and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

a.      Individual money judgments in amounts to be determined.

### Substitute Assets

If any of the property described in the Forfeiture Allegation above, as a result of any act or omission of the defendant, either: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

2

commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

All pursuant to Title 21, United States Code, Section 853.

Dated:    July 8, 2025

A TRUE BILL,



Grand Jury

JOHN A. SARCONE III
United States Attorney

By:    /s/ Benjamin S. Clark
       Benjamin S. Clark
       Matthew M. Paulbeck
       Assistant United States Attorneys
       Bar Roll Nos. 703519 and 705086

3